```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  JUSTIN L. LEE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA  95814
 4  (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9           FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     ) 2:18-MJ-007-KJN
                                  )
12          Plaintiff,            ) STIPULATION CONTINUING
                                  ) PRELIMINARY HEARING AND
13      v.                        ) [PROPOSED] ORDER
                                  )
14  Corey Johnson,                )
                                  ) Judge: Hon. Deborah Barnes
15                                )
            Defendant.            )
16                                )
                                  )
17
```

## STIPULATION

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By prior order, this matter was set for Preliminary Hearing on February 23, 2018.
2. By this Stipulation, the parties now move to continue the Preliminary Hearing until March 9, 2018, at 11:00 a.m.

///

///

///

Stipulation to Continue P/H              1              United States v. Johnson

3. An initial appearance was held on January 11, 2018, at which time Defendant Corey Johnson was ordered temporarily detained.
4. A detention hearing was held January 12, 2018, at which time the Defendant was ordered detained.
5. The parties have discussed a potential pre-indictment resolution of this matter. The parties need additional time to discuss this matter, discuss any potential consequences, and to allow defendant's counsel reasonable time necessary for preparation and further investigation.
6. The defendant understands that pursuant to 18 U.S.C. § 3161(b), "any information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested." Time may be excluded under the Speedy Trial Act if the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The parties jointly move to exclude time within which any indictment or information shall be filed from the date of this order, through and including March 9, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), because failure to do so would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

///
///
///
///
///

7. Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

**IT IS SO STIPULATED.**

DATED: February 22, 2018     /s/ Justin L. Lee
JUSTIN L. LEE
Assistant U.S. Attorney

DATED: February 22, 2018     /s/ Douglas Beevers
DOUGLAS BEEVERS
Attorney for Corey Johnson
(as authorized on February 22, 2018)

**ORDER**

IT IS SO FOUND AND ORDERED,

Dated: February 22, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE